Argued July 27, affirmed August 8, 1977

STATE OF OREGON, *Respondent,*
*v.*
VINCENT LAMONTE JONES, *Appellant.*
(No. C 76-03-03724, CA 7287)
566 P2d 1228

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for appellant.

John W. Burgess, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Lee, Judges.

PER CURIAM.

Affirmed. *State v. Pennington,* 28 Or App 331, 559 P2d 915, Sup Ct *review denied* (1977).